LUPE DEVELOPMENT PARTNERS, LLC, et al., Appellants, v PACIFIC FLATS I, LLC, et al., Defendants. PENNY DRUE BAIRD, Nonparty Respondent.

Submitted August 18, 2014; decided October 28, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, Respondent, v ADMIRAL CONSTRUCTION, LLC, Appellant.

Submitted August 18, 2014; decided October 28, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

RYAN NICASTRO, Appellant, v NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY, Respondent.

Submitted September 15, 2014; decided October 28, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAPHAEL GOLB, Appellant.

Submitted July 28, 2014; decided October 28, 2014

Motion for a stay dismissed as academic.